Exhibit 2

| US9219982B2 | Solera mentor App ("The accused instrumentality") |
|---|---|
| 13. A method of refreshing a display panel of a telephone, comprising a display panel, a processor, and a datastore comprising<br><br>**Col 7: lines 65 -66**<br>*a telephone 350 is a personal mobile phone* | The accused instrumentality discloses a method of refreshing a display panel (e.g., a display panel of user smartphone) of a telephone (e.g., a user smartphone), comprising a display panel (e.g., a display panel of user smartphone), a processor (e.g., a processor of user smartphone), and a datastore (e.g., a memory of the user smartphone).<br><br>As shown below, the accused instrumentality includes an emergency SOS feature, crash detection feature. It also monitors the driver's behavior and generates driving feedback reports. The accused instrumentality is installed in the memory of a smartphone. When a car crash is detected or the emergency SOS button is pressed, the accused instrumentality refreshes the smartphone display and places an emergency call. The accused instrumentality also refreshes the smartphone display after the end of each trip by providing driving score and feedback on the display panel. The smartphone includes a display, a processor, and memory for its functioning. |



https://www.edriving.com/mentor/

eDriving's award-winning Mentor$^{SM}$ app combines our patented[2] Crash-Free Culture® risk reduction methodology, delivered from a privacy-first, data-secure platform, with a unique smartphone app that not only identifies risky driving behavior, but also remediates it with in-app micro-training and coaching and supports drivers and managers with unsurpassed professional services.

https://www.edriving.com/mentor/



**100K+**
Downloads

**3+**
Rated for 3+ ⓘ



This app is available for all of your devices

https://play.google.com/store/apps/details?id=com.edriving.mentor.ddpeu&hl=en_US

## Integration of crash detection and eCall into smartphone-based driver safety app, Mentor by eDriving

https://www.boschservicesolutions.com/en/in-the-spotlight/case-study-edriving/



https://fossbytes.com/whats-inside-smartphone-depth-look-parts-powering-everyday-gadget/

### 3. 'System-on-a-chip' or SoC



https://fossbytes.com/whats-inside-smartphone-depth-look-parts-powering-everyday-gadget/

## 4. Memory and storage



https://fossbytes.com/whats-inside-smartphone-depth-look-parts-powering-everyday-gadget/



https://play.google.com/store/apps/details?id=com.edriving.mentor.ddpeu&hl=en_US



https://play.google.com/store/apps/details?id=com.edriving.mentor.ddpeu&hl=en_US

 ## Automatic Crash Detection
Sfara's automatic crash detection technology triggers a voice call to the driver from one of Bosch's Global Call Center agents supporting over 50 countries who can quickly dispatch Police, Fire, and/or Ambulance/EMT to the scene.

 ## Personal SOS
Allows drivers to silently initiate a call for help whenever they feel unwell or unsafe to Bosch's Global Call Center agents who relay information to local emergency services for immediate dispatch of help to the scene.

https://www.solera.com/wp-content/uploads/2022/06/Solera-Mentor-by-edriving.pdf

 ## Driver Scoring
Drivers receive a validated FICO® Safe Driving Score that predicts likelihood of being in a collision.

https://www.solera.com/wp-content/uploads/2022/06/Solera-Mentor-by-edriving.pdf



https://www.solera.com/wp-content/uploads/2022/06/Solera-Mentor-by-edriving.pdf

**Automated emergency call to Bosch service experts**

When the algorithm detects a crash, the app automatically transmits relevant collision data, as well as initial assessments of the severity of the collision to the Bosch service center for rapid assistance.

Specially trained service experts then place a call directly to the smartphone running the app to check the status of the driver and other occupants. Regardless of the country of the incident, the communication can take place in the respective native language of the person involved. For this purpose, a setting in the user profile of the app defines the language. In confirmed emergencies or in the absence of a response, the responsible PSAP (Public Safety Answering Point) is contacted immediately to dispatch help to the location.

**Improved safety inside and outside the vehicle**

The user can also activate an emergency call manually at any time by simply pressing the SOS button in the app. This manual triggering can be used, for example, in the case of cardiovascular problems or other acute health issues, to initiate emergency response immediately with the help of our service experts.

In addition, within the eDriving app it is possible for drivers to set a "checkpoint timer". If the user does not stop this timer after a specified time, an emergency call is automatically made to the Bosch Service Center to check the situation. This feature gives delivery and service drivers a sense of security on routes through risky areas, as help can be dispatched if they don't reply by stopping the timer.

https://www.boschservicesolutions.com/en/in-the-spotlight/case-study-edriving/



https://www.edriving.com/wp-content/themes/edriving/images/pdf/
ProductSheets/ERRS_product_sheet.pdf

| | |
|---|---|
| | Leveraging telematics-based driving data from eDriving's Mentor app, the FICO® Safe Driving Score predicts the likelihood of future driving incidents by evaluating behaviors proven to be most predictive of crash risk, including acceleration, braking, cornering, speeding and cellphone distraction. After each trip, drivers not only receive their FICO® Safe Driving Score, but also instant feedback providing pointers on how to improve in the future. In addition, each driver also receives 3-5-minute coaching modules to help improve identified "at risk" behaviors and attitudes. This insight allows fleet managers and drivers to address driving behaviors that need improvement, as well as acknowledge behaviors that deserve positive recognition. <br><br> "By offering immediate feedback after a trip, we're providing drivers and managers with the insights and tools they need to continually improve their behavior behind the wheel," said Ed Dubens, founder and CEO of eDriving. "Working with a leading analytics company like FICO who consistently innovates the FICO® Safe Driving Score model to provide the best possible picture of evaluating driver risk is ideal. It helps us achieve our goal of ensuring all drivers return safely to their loved ones at the end of each day." <br><br> https://www.fico.com/en/newsroom/fico-and-edriving-release-latest-version-fico-safe-driving-score-improved-ability-predict |
| at least one function comprising information relating to a current location of the telephone and a user of the telephone, | The accused instrumentality discloses at least one function (e.g., crash detection, SOS alert, etc.) comprising information relating to a current location (e.g., current location of a user of the accused instrumentality) of the telephone (e.g., a user smartphone) and a user (e.g., information related to a user, such as a name, phone number, emergency contacts, etc.) of the telephone (e.g., a user smartphone). <br><br> As shown below, the accused instrumentality includes an emergency SOS feature and crash detection feature. When the accused instrumentality detects a car crash using smartphone sensors, or when the emergency SOS button is pressed, it automatically sends an alert via text message to local emergency service center, emergency contacts, etc. The alert includes the current location of the user of the accused instrumentality, collision event data and user information, such as the user's name, phone number, etc. |

# Advanced personal safety at your fingertips

The **Personal SOS** feature, **powered by Sfara and Bosch**, allows an employee or contractor to silently initiate an emergency call while driving, delivering goods from their **vehicle**, walking, or riding public transportation – whenever they feel unwell or concerned their personal safety is threatened.

In the case of **no response from the driver or active confirmation of an emergency**, event information will be relayed to the emergency services for **immediate dispatch of help** to the scene.

https://www.edriving.com/wp-content/themes/edriving/images/pdf/ProductSheets/ERRS_product_sheet.pdf

 ## Automatic Crash Detection
Sfara's automatic crash detection technology triggers a voice call to the driver from one of Bosch's Global Call Center agents supporting over 50 countries who can quickly dispatch Police, Fire, and/or Ambulance/EMT to the scene.

 ## Personal SOS
Allows drivers to silently initiate a call for help whenever they feel unwell or unsafe to Bosch's Global Call Center agents who relay information to local emergency services for immediate dispatch of help to the scene.

https://www.solera.com/wp-content/uploads/2022/06/Solera-Mentor-by-edriving.pdf

## Precision Crash Detection

20-50 million crash-related injuries occur worldwide each year[1], often leaving drivers stranded or worse, unconscious and unable to call for help when every minute counts. Now, **Automatic Crash Detection**, built into Mentor[SM], protects your employees and contractors 24/7 from such circumstances should a crash occur while driving for work purposes. Sfara's patented, fully smartphone-based technology detects collisions and triggers a voice call to the driver from the Bosch Emergency Center serving over 50 countries and handling more than 1.7 million emergency calls globally each year. **In the case of no response from the driver or confirmation of an emergency, event information will be relayed to local emergency services for immediate dispatch of help to the scene.** Approved contacts in a driver's Mentor Emergency Profile (e.g., next of kin, employer, etc.) will also be notified.

https://www.edriving.com/wp-content/themes/edriving/images/pdf/ProductSheets/ERRS_product_sheet.pdf



https://www.solera.com/wp-content/uploads/2022/06/Solera-Mentor-by-edriving.pdf



https://www.edriving.com/wp-content/themes/edriving/images/pdf/ProductSheets/ERRS_product_sheet.pdf

**Automated emergency call to Bosch service experts**

When the algorithm detects a crash, the app automatically transmits relevant collision data, as well as initial assessments of the severity of the collision to the Bosch service center for rapid assistance.

Specially trained service experts then place a call directly to the smartphone running the app to check the status of the driver and other occupants. Regardless of the country of the incident, the communication can take place in the respective native language of the person involved. For this purpose, a setting in the user profile of the app defines the language. In confirmed emergencies or in the absence of a response, the responsible PSAP (Public Safety Answering Point) is contacted immediately to dispatch help to the location.

**Improved safety inside and outside the vehicle**

The user can also activate an emergency call manually at any time by simply pressing the SOS button in the app. This manual triggering can be used, for example, in the case of cardiovascular problems or other acute health issues, to initiate emergency response immediately with the help of our service experts.

In addition, within the eDriving app it is possible for drivers to set a "checkpoint timer". If the user does not stop this timer after a specified time, an emergency call is automatically made to the Bosch Service Center to check the situation. This feature gives delivery and service drivers a sense of security on routes through risky areas, as help can be dispatched if they don't reply by stopping the timer.

https://www.boschservicesolutions.com/en/in-the-spotlight/case-study-edriving/

With around ten years of experience, Bosch is a pioneer in eCall service. In the event of an accident, the emergency call system is able to provide prompt assistance by contacting an emergency call point either automatically or at the push of a button. Until now, the emergency call service was primarily available for vehicles with the corresponding technology. With the integration of Sfara's patented collision detection solution, the eCall service is now also available via smartphone, i.e. older vehicles without embedded technology. Smartphone applications that incorporate Sfara's technology can be used to detect vehicle collisions and personal emergencies within seconds using sensors. Then the smartphone app automatically sends an emergency notification to an international Bosch service location and transmits necessary information for prompt assistance.

https://www.boschservicesolutions.com/en/news/bosch-ecall-service-now-available-via-edriving-app/

## Privacy Protection

eDriving fiercely safeguards driver information, including location data, with a privacy-first, data-secure platform and processes

## Automatic Crash Detection and Personal SOS powered by Sfara and Bosch

Will trigger a voice call and emergency support in over 50 countries

https://www.solera.com/solutions/fleet-solutions/edriving/

## A driver surveillance or tracking

**tool**. Location data is only visible to drivers for training purposes, except in the event of a collision.

https://www.solera.com/wp-content/uploads/2022/06/Solera-Mentor-by-edriving.pdf

**43. Can someone see my location?**
No one will be able to see your locations, except for yourself and, depending on your organization's policies, your management team. In the future, not today, you may be able to allow (with your consent only) an emergency contact to view your location.

*Source: Mentor FAQs.pdf*

**9. I do not see any data in my Mentor App. What could be the issue?**
a. You must take your first trip in order to see any data on the dashboard view.
b. Settings must be turned on: The app must have "Auto-start enabled", "Location Services" turned on, and "Motion and Fitness" turned on to track your trips. Please go to the Settings on your phone to turn location services and Motion & Fitness on.

*Source: Mentor FAQs.pdf*

## 28. Do I need to have my location enabled?
You must always keep Location Services on in order for the app to track trips.

*Source: Mentor FAQs.pdf*

 **Mentor DDP by eDriving℠**
About this app

← App permissions

Showing permissions for all versions of this app

This app has access to:

⊙ Location
  • approximate location (network-based)
  • precise location (GPS and network-based)

📱 Device ID & call information
  • read phone status and identity

📋 Other
  • receive data from Internet
  • view network connections
  • full network access
  • run at startup
  • reorder running apps
  • control vibration
  • prevent device from sleeping
  • read Google service configuration

📞 Phone
  • read phone status and identity

◉ Camera
  • take pictures and videos

📶 Wi-Fi connection information
  • view Wi-Fi connections

https://play.google.com/store/apps/details?id=com.edriving.mentor.ddpeu&hl=en_US

When you use our products or services including websites that require a log-in: We may collect, use, store, and transfer different kinds of data which we have grouped together as follows:

- Identification Data such as a name, alias, phone number, address, unique identifiers, account name, social security number, driver's license number, passport number, or other similar identifiers.

- Financial Data such as bank account, credit card and debit card numbers, and other financial information.

- Commercial Transaction Information such as records of personal property, products or services purchased, obtained, or considered, or other purchasing or consuming histories or tendencies.

- Technical and Usage Data such as internet protocol address, login data, browser type and version, data on devices used to access a website, service or application, browsing history, and search history, how you use our website or service.

- Geolocation Data such as latitude and longitude of your location.

https://www.edriving.com/privacy/

We collect Special Categories of Personal Data, such as precise geolocation, trade union membership, criminal conviction and offenses, race or ethnicity, religious or philosophical beliefs, sex

https://www.edriving.com/privacy/

| | |
|---|---|
| the telephone operable to connect to a communication network, wherein the at least one function is associated with at least one communication service, comprising the steps of obtaining a current location of the telephone using a location server, | The accused instrumentality discloses that the telephone (e.g., a user smartphone) operable to connect to a communication network (e.g., Internet through cellular, Wi-Fi, etc.), wherein the at least one function (e.g., crash detection, SOS alert, etc.) is associated with at least one communication service (e.g., communication service such as driving updates, location updates, etc.), comprising the steps of obtaining a current location (e.g., current location of a user of the accused instrumentality) of the telephone (e.g., a user smartphone) using a location server (e.g., location server of the accused instrumentality).<br><br>As shown below, the accused instrumentality uses an internet connection. The internet connection on a smartphone running mentor app is provided via cellular or Wi-Fi network. The accused instrumentality includes an emergency SOS feature and crash detection feature. When the accused instrumentality detects a car crash using smartphone sensors, or when the emergency SOS button is pressed, it automatically sends an alert via text message to local emergency service center, emergency contacts, etc. The alert includes the current location of the user of the accused instrumentality, collision event data and user information, such as the user's name, phone number, etc. To obtain this location, the accused instrumentality connects to its location server. |



https://play.google.com/store/apps/details?id=com.edriving.mentor.ddpeu&hl=en_US

# Advanced personal safety at your fingertips

The **Personal SOS** feature, **powered by Sfara and Bosch**, allows an employee or contractor to silently initiate an emergency call while driving, delivering goods from their **vehicle**, walking, or riding public transportation – whenever they feel unwell or concerned their personal safety is threatened.

In the case of **no response from the driver or active confirmation of an emergency**, event information will be relayed to the emergency services for **immediate dispatch of help** to the scene.

https://www.edriving.com/wp-content/themes/edriving/images/pdf/ProductSheets/ERRS_product_sheet.pdf



## Automatic Crash Detection

Sfara's automatic crash detection technology triggers a voice call to the driver from one of Bosch's Global Call Center agents supporting over 50 countries who can quickly dispatch Police, Fire, and/or Ambulance/EMT to the scene.



## Personal SOS

Allows drivers to silently initiate a call for help whenever they feel unwell or unsafe to Bosch's Global Call Center agents who relay information to local emergency services for immediate dispatch of help to the scene.

https://www.solera.com/wp-content/uploads/2022/06/Solera-Mentor-by-edriving.pdf

## Precision Crash Detection

20-50 million crash-related injuries occur worldwide each year[1], often leaving drivers stranded or worse, unconscious and unable to call for help when every minute counts. Now, **Automatic Crash Detection**, built into Mentor[SM], protects your employees and contractors 24/7 from such circumstances should a crash occur while driving for work purposes. Sfara's patented, fully smartphone-based technology detects collisions and triggers a voice call to the driver from the Bosch Emergency Center serving over 50 countries and handling more than 1.7 million emergency calls globally each year. **In the case of no response from the driver or confirmation of an emergency, event information will be relayed to local emergency services for immediate dispatch of help to the scene.** Approved contacts in a driver's Mentor Emergency Profile (e.g., next of kin, employer, etc.) will also be notified.

https://www.edriving.com/wp-content/themes/edriving/images/pdf/ProductSheets/ERRS_product_sheet.pdf



https://www.solera.com/wp-content/uploads/2022/06/Solera-Mentor-by-edriving.pdf



https://www.edriving.com/wp-content/themes/edriving/images/pdf/ProductSheets/ERRS_product_sheet.pdf

**Automated emergency call to Bosch service experts**

When the algorithm detects a crash, the app automatically transmits relevant collision data, as well as initial assessments of the severity of the collision to the Bosch service center for rapid assistance.

Specially trained service experts then place a call directly to the smartphone running the app to check the status of the driver and other occupants. Regardless of the country of the incident, the communication can take place in the respective native language of the person involved. For this purpose, a setting in the user profile of the app defines the language. In confirmed emergencies or in the absence of a response, the responsible PSAP (Public Safety Answering Point) is contacted immediately to dispatch help to the location.

**Improved safety inside and outside the vehicle**

The user can also activate an emergency call manually at any time by simply pressing the SOS button in the app. This manual triggering can be used, for example, in the case of cardiovascular problems or other acute health issues, to initiate emergency response immediately with the help of our service experts.

In addition, within the eDriving app it is possible for drivers to set a "checkpoint timer". If the user does not stop this timer after a specified time, an emergency call is automatically made to the Bosch Service Center to check the situation. This feature gives delivery and service drivers a sense of security on routes through risky areas, as help can be dispatched if they don't reply by stopping the timer.

https://www.boschservicesolutions.com/en/in-the-spotlight/case-study-edriving/

With around ten years of experience, Bosch is a pioneer in eCall service. In the event of an accident, the emergency call system is able to provide prompt assistance by contacting an emergency call point either automatically or at the push of a button. Until now, the emergency call service was primarily available for vehicles with the corresponding technology. With the integration of Sfara's patented collision detection solution, the eCall service is now also available via smartphone, i.e. older vehicles without embedded technology. Smartphone applications that incorporate Sfara's technology can be used to detect vehicle collisions and personal emergencies within seconds using sensors. Then the smartphone app automatically sends an emergency notification to an international Bosch service location and transmits necessary information for prompt assistance.

https://www.boschservicesolutions.com/en/news/bosch-ecall-service-now-available-via-edriving-app/

## Privacy Protection

eDriving fiercely safeguards driver information, including location data, with a privacy-first, data-secure platform and processes

## Automatic Crash Detection and Personal SOS powered by Sfara and Bosch

Will trigger a voice call and emergency support in over 50 countries

https://www.solera.com/solutions/fleet-solutions/edriving/

## A driver surveillance or tracking tool. Location data is only visible to drivers for training purposes, except in the event of a collision.

https://www.solera.com/wp-content/uploads/2022/06/Solera-Mentor-by-edriving.pdf

**43. Can someone see my location?**

No one will be able to see your locations, except for yourself and, depending on your organization's policies, your management team. In the future, not today, you may be able to allow (with your consent only) an emergency contact to view your location.

*Source: Mentor FAQs.pdf*

**9. I do not see any data in my Mentor App. What could be the issue?**

a. You must take your first trip in order to see any data on the dashboard view.
b. Settings must be turned on: The app must have "Auto-start enabled", "Location Services" turned on, and "Motion and Fitness" turned on to track your trips. Please go to the Settings on your phone to turn location services and Motion & Fitness on.

*Source: Mentor FAQs.pdf*

## 28. Do I need to have my location enabled?

You must always keep Location Services on in order for the app to track trips.

*Source: Mentor FAQs.pdf*



https://play.google.com/store/apps/details?
id=com.edriving.mentor.ddpeu&hl=en_US

When you use our products or services including websites that require a log-in: We may collect, use, store, and transfer different kinds of data which we have grouped together as follows:

- Identification Data such as a name, alias, phone number, address, unique identifiers, account name, social security number, driver's license number, passport number, or other similar identifiers.

- Financial Data such as bank account, credit card and debit card numbers, and other financial information.

- Commercial Transaction Information such as records of personal property, products or services purchased, obtained, or considered, or other purchasing or consuming histories or tendencies.

- Technical and Usage Data such as internet protocol address, login data, browser type and version, data on devices used to access a website, service or application, browsing history, and search history, how you use our website or service.

- Geolocation Data such as latitude and longitude of your location.

https://www.edriving.com/privacy/

| | |
|---|---|
| | We collect Special Categories of Personal Data, such as precise<br><br>geolocation, trade union membership, criminal conviction and<br><br>offenses, race or ethnicity, religious or philosophical beliefs, sex<br><br>https://www.edriving.com/privacy/ |
| selecting a function from the datastore, and refreshing a screen on the display panel to include the at least one communication service associated with the selected function based at least in part on the current location of the telephone.<br><br>*Col 4: Lines 31-33*<br><br>*Function 152 represents a given set of conditions associated with a user 110. Conditions may be static, such as user ID, or variable, such as time, location, activity or the like.*<br><br>*Col 5: Lines 65-67* | The accused instrumentality discloses selecting a function (e.g., a timer function for crash related driver feedback, etc.) from the datastore (e.g., a memory of the user smartphone), and refreshing a screen on the display panel (e.g., a display panel of user smartphone) to include the at least one communication service (e.g., communication service such as driving updates, location updates, etc.) associated with the selected function (e.g., a timer function for crash related driving feedback report, etc.) based at least in part on the current location (e.g., current location such as destination location of a mentor user) of the telephone (e.g., a user smartphone).<br><br>As shown below, the accused instrumentality includes an emergency SOS feature, crash detection feature. It also monitors the driver's behavior and generates driving feedback reports. The accused instrumentality is installed in the memory of a smartphone. When a car crash is detected or the emergency SOS button is pressed, the accused instrumentality refreshes the smartphone display and places a timer on screen for crash related driver feedback. It initiates an emergency call upon no response from the driver. |

*an exemplary process is disclosed for a telephone 350 to automatically refresh a display panel 351 based on a change of function*



https://play.google.com/store/apps/details?id=com.edriving.mentor.ddpeu&hl=en_US



https://play.google.com/store/apps/details?id=com.edriving.mentor.ddpeu&hl=en_US



https://fossbytes.com/whats-inside-smartphone-depth-look-parts-powering-everyday-gadget/

## 4. Memory and storage



https://fossbytes.com/whats-inside-smartphone-depth-look-parts-powering-everyday-gadget/



### Automatic Crash Detection

Sfara's automatic crash detection technology triggers a voice call to the driver from one of Bosch's Global Call Center agents supporting over 50 countries who can quickly dispatch Police, Fire, and/or Ambulance/EMT to the scene.



### Personal SOS

Allows drivers to silently initiate a call for help whenever they feel unwell or unsafe to Bosch's Global Call Center agents who relay information to local emergency services for immediate dispatch of help to the scene.

https://www.solera.com/wp-content/uploads/2022/06/Solera-Mentor-by-edriving.pdf



### Driver Scoring

Drivers receive a validated FICO® Safe Driving Score that predicts likelihood of being in a collision.

https://www.solera.com/wp-content/uploads/2022/06/Solera-Mentor-by-edriving.pdf



https://www.solera.com/wp-content/uploads/2022/06/Solera-Mentor-by-edriving.pdf

**Automated emergency call to Bosch service experts**

When the algorithm detects a crash, the app automatically transmits relevant collision data, as well as initial assessments of the severity of the collision to the Bosch service center for rapid assistance.

Specially trained service experts then place a call directly to the smartphone running the app to check the status of the driver and other occupants. Regardless of the country of the incident, the communication can take place in the respective native language of the person involved. For this purpose, a setting in the user profile of the app defines the language. In confirmed emergencies or in the absence of a response, the responsible PSAP (Public Safety Answering Point) is contacted immediately to dispatch help to the location.

**Improved safety inside and outside the vehicle**

The user can also activate an emergency call manually at any time by simply pressing the SOS button in the app. This manual triggering can be used, for example, in the case of cardiovascular problems or other acute health issues, to initiate emergency response immediately with the help of our service experts.

In addition, within the eDriving app it is possible for drivers to set a "checkpoint timer". If the user does not stop this timer after a specified time, an emergency call is automatically made to the Bosch Service Center to check the situation. This feature gives delivery and service drivers a sense of security on routes through risky areas, as help can be dispatched if they don't reply by stopping the timer.

https://www.boschservicesolutions.com/en/in-the-spotlight/case-study-edriving/



https://www.edriving.com/wp-content/themes/edriving/images/pdf/
ProductSheets/ERRS_product_sheet.pdf

Leveraging telematics-based driving data from eDriving's Mentor app, the FICO® Safe Driving Score predicts the likelihood of future driving incidents by evaluating behaviors proven to be most predictive of crash risk, including acceleration, braking, cornering, speeding and cellphone distraction. After each trip, drivers not only receive their FICO® Safe Driving Score, but also instant feedback providing pointers on how to improve in the future. In addition, each driver also receives 3-5-minute coaching modules to help improve identified "at risk" behaviors and attitudes. This insight allows fleet managers and drivers to address driving behaviors that need improvement, as well as acknowledge behaviors that deserve positive recognition.

"By offering immediate feedback after a trip, we're providing drivers and managers with the insights and tools they need to continually improve their behavior behind the wheel," said Ed Dubens, founder and CEO of eDriving. "Working with a leading analytics company like FICO who consistently innovates the FICO® Safe Driving Score model to provide the best possible picture of evaluating driver risk is ideal. It helps us achieve our goal of ensuring all drivers return safely to their loved ones at the end of each day."

https://www.fico.com/en/newsroom/fico-and-edriving-release-latest-version-fico-safe-driving-score-improved-ability-predict

2. **What is Mentor?**
   - Mentor is a closed loop driver training telematics solution that uses a cell phone's internal sensors including GPS, accelerometer and motion sensors
   - Mentor collects and analyzes speeding, acceleration, braking, cornering and phone distraction and provides actionable insights and training to help users improve their driving behavior.
   - Mentor provides a "playlist" of engaging interactive training modules customized for each driver based on the measured behaviors. Mentor is smartphone-based program with companion web-based reporting portals.
   - Mentor incorporates the exclusive FICO Safe Driving Score which is a robust algorithm that scores a driver based on their driving behaviors including acceleration, braking, cornering, speed, distraction, and other driving behaviors within the Mentor application.
   - FICO has developed the score based on the driving behavior inputs that predict road safety and collisions avoidance. **ONLY DRIVER BEHAVIOR IS USED IN THE SCORE—NO CREDIT DATA IS USED IN THE SCORE.**
   - In addition to monitoring negative events, Mentor also measure positive events such as smooth acceleration, smooth turns, and smooth braking. These positive factors increase a driver's score. These negative and positive events, along with time of day and distance traveled are factored into the FICO Safe Driving Score.

*Source: Mentor FAQs.pdf*

Mentor with FICO® Safe Driving Score

Mentor assesses and scores a driver's behavior using a predictive analytics platform to generate a FICO® Safe Driving Score. The score is calculated after each trip and over time, providing both immediate feedback as well as longer-term trending and benchmarking analysis. Much like the FICO® Score is the standard measure of consumer credit risk used throughout the credit ecosystem, the FICO® Safe Driving Score, which uses driving behaviors, provides a measure that facilitates consistency and fairness in driver safety assessment.

https://www.edriving.com/three60/edriving-launches-mentor%E2%84%A0-a-powerful-safety-culture-tool/

## A driver surveillance or tracking tool. Location data is only visible to drivers for training purposes, except in the event of a collision.

https://www.solera.com/wp-content/uploads/2022/06/Solera-Mentor-by-edriving.pdf

**43. Can someone see my location?**
No one will be able to see your locations, except for yourself and, depending on your organization's policies, your management team. In the future, not today, you may be able to allow (with your consent only) an emergency contact to view your location.

*Source: Mentor FAQs.pdf*

**9. I do not see any data in my <u>Mentor App.</u> What could be the issue?**
    a.  You must take your first trip in order to see any data on the dashboard view.
    b.  Settings must be turned on: <u>The app must have "</u>Auto-start enabled", "<u>Location Services" turned</u>
        <u>on,</u> and "Motion and Fitness" turned on to track your trips. <u>Please go to the Settings on your phone</u>
        <u>to turn location services</u> and Motion & Fitness on.

*Source: Mentor FAQs.pdf*


## 28. Do I need to have my location enabled?

    <u>You must always keep Location Services on in order for the app to track trips.</u>

*Source: Mentor FAQs.pdf*